IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-02179-ZLW-KLM

COTTON CREEK CIRCLES, LLC,
JAMES RIVER CAPITAL CORP., and
DEEPWATER DEVELOPMENT, LLC,

      Plaintiffs,

v.

GARY C. BOYCE,
BOYCE LAND & CATTLE CO.,
SAN LUIS VALLEY WATER CO.,
BEVERLY MALOUFF,
JOHN MALOUFF, JR., and
CHERI MALOUFF,

      Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Notice Of Dismissal Without Prejudice

(Doc. No. 7) filed by Plaintiff in this action, it is

ORDERED that the Complaint and cause of action are dismissed without

prejudice.  It is

FURTHER ORDERED that any pending motions are moot.

DATED at Denver, Colorado, this ___23___ day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court